**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

BRIAN K. MORGAN,                    : No. 61 WAL 2015
                                    :
                    Petitioner      :
                                    : Petition for Allowance of Appeal from the
                                    : Order of the Commonwealth Court
            v.                      :
                                    :
                                    :
                                    :
UNEMPLOYMENT COMPENSATION           :
BOARD OF REVIEW,                    :
                                    :
                    Respondent      :

## ORDER

**PER CURIAM**

     **AND NOW**, this 23rd day of July, 2015, the Petition for Allowance of Appeal is

**DENIED**.